IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERNARDO GONZALES,

    Plaintiff,

v.    No. 16-CV-1225-CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court upon Plaintiff's second *Unopposed Motion to Extend Briefing Deadlines*, (Doc. 17), filed June 14, 2017. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision on or before **June 29, 2017**;

2. Defendant shall file a Response on or before **August 28, 2017**; and

3. Plaintiff may file a Reply on or before **September 11, 2017**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE